# Court of Appeals

## Tenth Appellate District of Texas

10-26-00315-CR

In re Madyson Rae Hendricks

Original Proceeding

PER CURIAM opinion of the Court.

**MEMORANDUM OPINION**

The petition for a writ of mandamus filed by Madyson Rae Hendricks is

DENIED.  TEX. R. APP. P. 52.8.

PER CURIAM

OPINION DELIVERED and FILED:  August 6, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Denied
Do not publish
OT06

